≈AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF   Nevada

ASHLEY ANDREWS, et al.

AMENDED **JUDGMENT IN A CIVIL CASE**

V.

ROBERT B. RAPHAELSON, et al.

Case Number:  2:06-cv-00209-RCJ-GWF

☑ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment be entered for plaintiffs on their claims of breach of fiduciary duty, conversion, and fraud against defendant Robert B. Raphaelson; that judgment be entered for plaintiffs on their claims of conversion and fraud against Kentucky Blue Stables; finding that defendants Robert B. Raphaelson and Kentucky Blue Stables acted with fraud or malice; finding that defendant Robert B. Raphaelson is liable for the sale of Share No. 17 in GONE WEST; awarding plaintiffs $795,699 in compensatory damages with credit for $510,625 already paid pursuant to the Court's earlier grant of partial summary judgment on the plaintiffs' conversion claim; and awarding $875,000 in punitive damages for defendant Robert B. Raphaelson's oppression, fraud, or malice; that the claims in this action for equitable lien and accounting be dismissed; that judgment be entered for plaintiffs on their claim for constructive trust to the extent that plaintiffs are hereby awarded a constructive trust in the amount of $162,500 in the real property known as 32 Gulf Stream Court, Las Vegas, Nevada 89113; and that the claims in this action for breach of fiduciary duty, conversion, and fraud be dismissed as to defendant Lucille R. Raphaelson pursuant to verdict, finding for defendant Lucille R. Raphaelson on all claims.

LANCE S. WILSON
CLERK

*Lance S. Wilson*
(By) DEPUTY CLERK

JUNE 7, 2011
DATE